**MᶜKESSON**

December 3, 2019

Ben Carlsen
Credit and Bankruptcy Counsel

Benzer Pharmacy Holding, LLC
5908 Breckenridge Pkwy
Tampa FL 33610

Alpesh Patel
c/o Benzer Pharmacy Holding, LLC
5908 Breckenridge Pkwy
Tampa FL 33610
alpesh@benzerpharmacy.com

Manish Patel
c/o Benzer Pharmacy Holding, LLC
5908 Breckenridge Pkwy
Tampa FL 33610
mani@benzerpharmacy.com

Re:  **Final Demand for Payment of Overdue Balance owed by Benzer Pharmacy Holding, LLC ("BPH") as Corporate Guarantor and as agent of Benzer Affiliates, set forth on Attachment A to this letter (collectively "Customers"), and Alpesh Patel, and Manish Patel, as Individual Guarantors.**

To Benzer Pharmacy Holding, LLC and its Corporate Affiliates, Alpesh Patel, and Manish Patel:

As you are aware, there is an outstanding balance of $8,389,633.38, plus accruing interest, attorneys' fees and other recoverable charges, (collectively, the "Obligations") owed by the Customers to McKesson Corporation and its affiliate McKesson Plasma and Biologics LLC (collectively "McKesson") for the trade payable obligations of the Customers. McKesson has sent previous notifications indicating that the Customers' accounts are past due and requesting that the Customers and both of you (as individual guarantors) immediately make payment in full or contact us to arrange an alternate payment plan. To date, these requests have been unsuccessful and the Obligations remain unpaid.

We note that pursuant to the security agreements between each of the Customers and McKesson, the Customers have granted us a security interest in certain collateral. As a result, McKesson is a secured party under the Uniform Commercial Code ("UCC") and has all rights and remedies available to a secured party under the UCC and at law and equity. If the Obligations are not paid in full, we are prepared to exercise one or more of such rights and remedies without further notice or demand (except as otherwise required by law), including, without limitation, (i) requiring that the Customers assemble the collateral and make it available to us, and/or (ii) selling some or all of the collateral at public or private sales at such prices and upon such commercially reasonable terms as we may deem advisable.

We again remind you that BPH executed a corporate guaranty related to the Customers' accounts (the "Guaranty"). In addition, Alpesh Patel and Manish Patel executed individual guaranties of the Obligations. Thus, BPH, Alpesh Patel, and Manish Patel are responsible for the unpaid balance on the Customers' accounts. Accordingly, as provided in the Guaranties, we are making formal demand for payment in full. If you cannot make payment in full, please contact Al Franco at 972-446-4502 to discuss possible alternative payment arrangements.

**M<sup>c</sup>KESSON**

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

Please understand that McKesson would prefer to resolve this matter without the necessity of litigation or exercise of the rights and remedies described above, however, it appears that may not be possible.  If payment in full or, an alternative payment arrangement is not made within ten (10) days of the date of this correspondence, we will consider all further appropriate action, which may include legal proceedings, against the Customers as well as BPH, Alpesh Patel and Manish Patel, seeking damages, including amounts due, legal costs, and fees.

Sincerely,

McKesson Corporation

Ben Carlsen
Credit and Bankruptcy Counsel
Law Department

McKesson Corporation
2 National Data Plaza NE
Atlanta, GA 30329
www.mckesson.com

ATTACHMENT A

**Benzer Pharmacy Holding, LLC**

| | | | | |
|---|---|---|---|---|
| Battlecreek Pharmacy Inc. | 16311 Grand River Ave | Detroit | MI | 48227 |
| Benzer Arl Llc | 300 Perry St | Helena | AR | 72342 |
| Benzer CA1 LLC | 3500 E. Broadway | Long Beach | CA | 90803 |
| Benzer FL 1 Llc | 1250 Nw 7Th Street | Miami | FL | 33125 |
| Benzer Fl 10 Llc | 6056 Van Dyke Road | Lutz | FL | 33558 |
| Benzer Fl 11 Llc | 2653 Bruce B Downs Blvd | Wesley Chapel | FL | 33544 |
| Benzer Fl 12 Llc | 32733 Eiland Blvd Ste 103 | Wesley Chapel | FL | 33545 |
| Benzer Fl 13 Llc | 6815 N Dale Mabry Hwy | Tampa | FL | 33614 |
| Benzer Fl 14 Llc | 700 lSt  St S Ste 1 | Winter Haven | FL | 33880 |
| Benzer Fl 15 Llc | 11509 Dr Mlk Jr Blvd | Mango | FL | 33550 |
| Benzer Fl 17 Llc | 2104 59Th St W | Bradenton | FL | 34209 |
| Benzer FL 39, LLC | 80 Ponce De Leon Blvd | Brooksville | FL | 34601 |
| Benzer Fl 4 Llc | 2722 W Us Hwy 441 | Mount Dora | FL | 32757 |
| Benzer FL 40, LLC | 13221Tamiami Trail | North Port | FL | 34287 |
| Benzer Fl 8 Llc | 6280 66Th St N | Pinellas Park | FL | 33781 |
| Benzer Fl 9 Llc | 14306 N Dale Mabry Hwy #D | Tampa | FL | 33618 |
| Benzer Fl7 Llc | 3535 US Hwy 19 | New Port Richey | FL | 34652 |
| Benzer GA 3 LLC | 257 Main Street | Loganville | GA | 30052 |
| BENZER IA 1, LLC. | 101  North Walnut St | Colfax | IA | 50054 |
| Benzer ID 1, LLC | | | | |
| Benzer IL 1, LLC | 2024 W 79th Street | Chicago | IL | 60620 |
| Benzer IN 1, LLC | 9150 E 109th Ave | Crown Point | IN | 46307 |
| Benzer KY 1,  LLC | 441 Parkway Drive | Salyersville | KY | 41465 |
| Benzer La 1 Llc | 2525 Canal St | New Orleans | LA | 70119 |
| Benzer MD 1 LLC | 7936 Johnson Ave | Glenarden | MD | 20706 |
| Benzer MO 2 LLC | 100  N Green St Suite A | Lancaster | Mo | 63548 |
| Benzer MS 1 LLC | 1372-A medical Park Dr Ste 160 | Biloxi | MS | 39532 |
| Benzer NJ 3, LLC | | | | |
| Benzer NVl, LLC | 3035 S Maryland Pkwy | Las Vegas | NV | 89019 |
| Benzer NYl, LLC | 5094 Route 22 | Amenia | NY | 12501 |
| Benzer OH 10 LLC | 1650 W Church Street | Newark | OH | 43055 |
| Benzer OH 2 LLC | 1696 S Arch Ave | Alliance | OH | 44601 |
| Benzer OH 3 LLC | 26 E Third Street | Frazeysburg | OH | 43822 |
| Benzer OH 4 LLC | 817 Main Street | Dresden | OH | 43821 |
| Benzer OH 5LLC | 244 N Main Street | Utica | OH | 43080 |
| Benzer OH 6 LLC | 155 N Point Drive | Mt  Orab | OH | 45154 |
| Benzer OH 7 LLC | 263 Xenia Ave | Yellow Springs | OH | 45387 |
| Benzer OH 8 LLC | 8465 State Route 339 | Vincent | OH | 45784 |
| Benzer OH 9, LLC | 57 W Main Street | NJwark | OH | 43055 |
| Benzer OH1, LLC | | | | |
| Benzer Phcy Fl 2 Llc | 60 North East First Stree | Pompano Beach | FL | 33060 |
| Benzer SC 1  LLC | 1028 Edgewater Corp P | Indian Land | SC | 29707 |
| Benzer TN 1, LLC | 295 New Shackle Island Rd | Hendersonville | TN | 37075 |
| Benzer TN1, LLC | 295 New Shackle Island Rd | Hendersonville | TN | 37075 |
| Benzer Tx3 Llc | 1320 N. Galloway Ave, #10 | Mequite | TX | 75149 |

**Benzer Pharmacy Holding, LLC**

| | | | | |
|---|---|---|---|---|
| Benzer WI 1 LLC | 1008 Main St. | Oconto | WI | 54153 |
| Benzer WI 2 LLC | 220 French St. | Peshtigo | WI | 54157 |
| Berkley Pharmacy LLC | 28577 Scheenherr Rd | Warren | MI | 48088 |
| Better Care Phcy | 4860 Rucker Road #1 | Moneta | VA | 24121 |
| Bioscript Pharmacy Llc | 15348 Fort Street | Southgate | MI | 48195 |
| Blue Water Pharmacy, Llc | 1524 - 10Th Street | Port Huron | MI | 48060 |
| Byron Drugs Llc | 13355 Dix Toledo Rd | Southgate | MI | 48195 |
| Edwards Phcy Ofindianrocksllc | 12071 Indian Rocks Rd | Largo | FL | 33774 |
| Fenton Pharmacy Llc | 305 North Leroy -Ste#A | Fenton | MI | 48430 |
| Horrocks Pharmacy Llc | 6240 Michigan Ave. | Detroit | MI | 48210 |
| North Saginaw Phcy LLC | 2918 N Saginaw | Flint | MI | 48505 |
| Ohm Pharmacy Services Inc | 301 Havendale Blvd | Auburndale | FL | 33823 |
| Pender Pharmacy OH12 LLC | 1549 Boettler Rd. Suite B | Uniontown | OH | 44685 |
| Pronto-Med Inc | 1409 Ne 26Th Street | Wilton Manors | FL | 33305 |
| Rx Care 10 LLC | 3795 Tamiami Trail E | Naples | FL | 34112 |
| Rx Care 12,  Llc | 2309 W Woolbr ight Ste 4 | Boynton Beach | FL | 33426 |
| Rx Care 13 Llc | 305 N Judd Pkwy Ne | Fuquay Var ina | NC | 27526 |
| Rx Care 14 Llc | 7701 Sharon Lakes Rd | Charlotte | NC | 28210 |
| Rx Care 7 Llc | 1426 S Pine Ave | Ocala | FL | 34471 |
| Rx Care 8, Llc | 4160 Arline Dr | Bossier City | LA | 71111 |
| Rx Care Four Llc | 1270 Malabar Road | Palm Bay | FL | 32907 |
| Rx Care Of La Inc. | 202 South Ave.-Ste A | Vivian | LA | 71082 |
| RX Care of MI  LLC | 25014 Little Mack Ave | St Clair Shores | MI | 48080 |
| Rx Care Of Nc llc | 11304 Hawthorne Dr #120 | Mint Hill | NC | 28227 |
| Rx Care Pharmcy 11 Llc | 13020 Livingston Rd Ste 8 | Naples | FL | 34105 |
| RX CARE SPECIALTY PHARMACY LLC | 6300 COMMENCE DRIVE | Westland | MI | |
| Rx One Pharmacy, Llc | 717 W Lancaster Road | Orlando | FL | 32809 |
| Rxcare Of Lady Lake Inc. | 725 Highway 466 | Lady Lake | FL | 32159 |
| Rxtare Pharmacy Inc. | 6018 The Plaza | Charlotte | NC | 28215 |
| Well Care Pharma Services Inc | 13733 N Us Highway 441 | Lady Lake | FL | 32159 |
| Any other entity inadvertently omitted | | | | |